**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

CALVIN TUNSTALL (# N7324)											PETITIONER

v.																No. 3:06CV146-B-A

WARDEN BURNETT											RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d). In light of this ruling, the petitioner's motions to amend his petition are hereby **DISMISSED**, as those motions do not address the timeliness of the instant petition.

**SO ORDERED,** this the 9th day of February, 2007.

					*Neal Biggers*
					NEAL B. BIGGERS
					SENIOR U. S. DISTRICT JUDGE